IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **KRAIHON ALOYSIUS MORGAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| V. | : | NO. 5:25-cv-00275-MTT-CHW |
| | : | |
| **HOUSTON COUNTY** | : | |
| **DETENTION CENTER,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER OF DISMISSAL

*Pro se* Plaintiff Kraihon Alysius Morgan filed a complaint seeking relief pursuant to 42 U.S.C. § 1983 while he was in the Houston County Detention Center in Perry, Georgia. ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis*. ECF No. 2. Thereafter, mail sent to Plaintiff at the Houston County Detention Center was returned to this Court as undeliverable. ECF No. 4. Plaintiff subsequently filed a notice of change of address, which appeared to indicate that Plaintiff had been released from custody. *See* ECF No. 6.

Mail sent to Plaintiff at the address identified in the notice of change of address was subsequently returned to this Court as undeliverable with a notation that there was no mail receptacle at this address. ECF No. 9. Thus, the Magistrate Judge ordered Plaintiff to notify this Court in writing as to whether mail could be received at this address or to provide an updated address where mail could be delivered. ECF No. 10. Plaintiff was given fourteen days to respond and was cautioned that if he failed to respond or if mail continued

to be returned as undeliverable, the Court would have no way to communicate with Plaintiff and this case may be dismissed for failure to prosecute. *Id.* Plaintiff was also ordered to submit a non-prisoner motion to proceed *in forma pauperis*. *Id.*

More than fourteen days have passed since that order was entered. In the meantime, the order has been returned to this Court as undeliverable with a notation that the address was insufficient. ECF No. 11. Plaintiff has not provided any other address or otherwise been in contact with the Court.

Therefore, because Plaintiff has failed to keep the Court informed as to his current address and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 5th day of November, 2025.

        S/ Marc T. Treadwell
        MARC T. TREADWELL, JUDGE
        UNITED STATES DISTRICT COURT