IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KRAIHON ALOYSIUS MORGAN, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00275-MTT-CHW |
| | * |
| HOUSTON COUNTY DETENTION CENTER, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 5th day of November, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk